IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22bk00754 |
| CTM Auto Repair Incorporated ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable LaShonda A. Hunt |
| ) | |

**ORDER DISMISSING DEBTOR'S CASE AND
BARRING DEBTOR FROM FILING FOR 180 DAYS**

This matter coming to be heard on the United States Trustee Patrick Layng's Motion to Convert or Dismiss Case Pursuant to 11 U.S.C. § 1112(b) and Bar Debtor from Refiling (dkt. #16), that was duly served on debtor, CTM Auto Repair Incorporated, and all other parties in interest (dkt. #17), for the Court to consider whether to dismiss or convert the debtor's chapter 11 case and impose a 180-day bar on bankruptcy filings as a sanction for the debtor's abuse of the bankruptcy system by filing two consecutive cases, this case and debtor's preceding chapter 11 case 21bk12066, and failing to meaningful prosecute either of those cases;

The Court finds and orders that:

1. Following service of the Order and Notice of Hearing, CTM Auto Repair Incorporated appeared through counsel and debtor's principal who objected to the proposed dismissal and sanctions;

2. For the reasons stated on the record, dismissal and sanctions are appropriate under these circumstances;

3. Accordingly, the motion is granted, and this chapter 11 bankruptcy case is dismissed;

4. Pursuant to 11 U.S.C. § 105(a), 109(g), and 349(a), debtor CTM Auto Repair Incorporated is barred from refiling a case under any chapter of the United States Bankruptcy Code for a period of 180 days from entry of this order;

5. The Court retains jurisdiction to examine fees paid to proposed counsel Salvador Gutierrez by the debtor under 11 U.S.C. § 329.

ENTER:

Dated: March 10, 2022

_LaShonda A. Hunt_
LaShonda A. Hunt
United States Bankruptcy Judge